AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   12-cv-8989 (ALC) (GWG) |
| Twin America, LLC, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New York

Date: 06/06/2013

*Attorney's signature*

Eric J. Stock (SDNY No. ES8660)
*Printed name and bar number*

State of New York
Office of the Attorney General
120 Broadway, 26th Floor
New York, NY 10271-0332
*Address*

eric.stock@ag.ny.gov
*E-mail address*

(212) 416-8262
*Telephone number*

(212) 416-6015
*FAX number*