# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States of America, et al., <br> *Plaintiff* <br> v. <br> Twin America, LLC, et al. <br> *Defendant* | ) ) ) ) ) | Case No. 12-CV-8989 (ALC) (GWG) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New York

Date: 09/18/2013

*Attorney's signature*

Jeremy R. Kasha (JK9239)
*Printed name and bar number*

State of New York
Office of the Attorney General
120 Broadway, 26th Floor
New York, New York 10271-0332
*Address*

jeremy.kasha@ag.ny.gov
*E-mail address*

(212) 416-8277
*Telephone number*

(212) 416-6015
*FAX number*