# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>and )<br>)<br>STATE OF NEW YORK, )<br>)<br>   Plaintiffs, )<br>       v. )<br>)<br>TWIN AMERICA, LLC, et al. )<br>)<br>   Defendants. )<br>) | ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10/2/13<br><br>Civil Action No.<br>12-cv-8989 (ALC) (GWG)<br><br>ECF CASE |

## [PROPOSED] ORDER GRANTING PLAINTIFF UNITED STATES'S UNOPPOSED MOTION FOR STAY IN LIGHT OF LAPSE OF FEDERAL APPROPRIATIONS

Plaintiff United States's Unopposed Motion for Stay in Light of Lapse of Federal Appropriations (Docket #36) is hereby GRANTED.

All proceedings in this case are hereby stayed until Congress has restored appropriations to the Department. When Congress has appropriated funds for the Department, Plaintiff United States will immediately notify the Court to lift the stay. The parties will shortly thereafter submit an amended proposed scheduling order that extends the deadlines in this case on a day-for-day basis or as otherwise agreed to reflect the duration of the stay.

SO ORDERED: October 2, 2013

*/s/ Gabriel W. Gorenstein*
JUDGE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE