# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

and

STATE OF NEW YORK,

Plaintiffs,

v.

TWIN AMERICA, LLC, et al.,

Defendants.

Civil Action No.
12-cv-8989 (ALC) (GWG)

ECF Case

## [PROPOSED] AMENDED SCHEDULING ORDER

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and Section I of the Standing Order for the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York, and in accordance with the October 2, 2013 Order Granting Plaintiff United States's Unopposed Motion for Stay in Light of Lapse of Federal Appropriations, the Parties hereby propose the following amended schedule to govern pretrial proceedings in the above-captioned action:

| | |
|---|---|
| Close of fact discovery | January 3, 2014 |
| Preliminary trial witness lists due | January 3, 2014 |
| Joint Preliminary Trial Report | January 13, 2014 |
| Case Management Conference | To be set by the Court the week of January 27, 2014 |
| **Expert Discovery** | |
| Parties to identify experts and testimony subject matter | December 16, 2013 |

1

| | |
|---|---|
| Plaintiffs' opening expert reports served | January 21, 2014 |
| Defendants' opening expert reports served | February 10, 2014 |
| Plaintiffs' rebuttal expert reports served | March 3, 2014 |
| Expert depositions | March 10-14, 2014 |
| Close of expert discovery | March 14, 2014 |
| **Pre-Trial Motions** | |
| Summary Judgment and *Daubert* motions filed (if any) | April 11, 2014 |
| Summary Judgment and *Daubert* opposition briefs filed | May 9, 2014 |
| Summary Judgment and *Daubert* reply briefs filed | May 23, 2014 |
| Joint Final Pretrial Report | April 30, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 28 days following the Court's resolution of the motion(s) |
| Motions *in limine* filed | April 30, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 28 days following the Court's resolution of the motion(s) |
| Oppositions to motions *in limine* filed | May 7, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 35 days following the Court's resolution of the motion(s) |
| Trial-Ready Date | May 28, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 60 days after the Court's resolution of the motion(s) |

**AGREED TO:**

Dated: October 18, 2014

/s/
Sarah Wagner
U.S. Department of Justice
Antitrust Division
Transportation, Energy &
   Agriculture Section
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 514-9323
william.stallings@usdoj.gov
*For the United States*

/s/
James Yoon
Office of the Attorney General
Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271-0332
(212) 416-8822
James.Yoon@ag.ny.gov
*For the State of New York*

/s/
Thomas O. Barnett
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-5407
tbarnett@cov.com
*For Coach USA, Inc. and International Bus Services, Inc.*

/s/
Michael P. A. Cohen
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1880

michaelcohen@paulhastings.com
*For Twin America, LLC, CitySights LLC and City Sights Twin, LLC*

SO ORDERED: Oct. 21, 2013

_____
JUDGE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Also, Docket #39 is granted.

4