UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>STATE OF NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>TWIN AMERICA, LLC, et al.<br><br>*Defendants.* | Civil Action No.<br>12-cv-8989 (ALC) (GWG)<br><br>ECF Case |

**STIPULATION AND [████████] ORDER CONCERNING
INTERROGATORIES AND REQUESTS FOR ADMISSION**

Pursuant to Rules 26(b)(2), 29(b), 33 and 36 of the Federal Rules of Civil Procedure, Rule 33.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and Section II(F) of the Standing Order for the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York, the parties hereby stipulate:

1. Plaintiffs collectively may serve no more than 25 interrogatories on Defendants collectively, and Defendants collectively may serve no more than 25 interrogatories on Plaintiffs collectively; provided, however, than an identical interrogatory served on multiple Defendants or Plaintiffs counts as only one interrogatory.

2. Of the 25 interrogatories, Plaintiffs collectively may serve no more 10 contention interrogatories, and Defendants collectively may serve no more than 10 contention interrogatories.

3. Plaintiffs collectively may serve no more than 50 requests for admission, and Defendants collectively may serve no more than 50 requests for admission. An identical request for admission served on both Plaintiffs, or on multiple Defendants, shall count as only one request for admission.

4. All contention interrogatories and requests for admission must be served via e-mail no later than February 12, 2014, and answered via e-mail no later than the close of expert discovery, March 14, 2014.

5. Nothing in this stipulation prevents any party from serving contention interrogatories and requests for admission prior to the above-referenced deadline, and the agreement to extend the deadline for such categories of discovery past the fact discovery deadline is not in itself a basis for any party to refuse to respond to contention interrogatories or requests for admission served earlier. The parties reserve their rights to object to contention interrogatories or requests for admission on all other allowable grounds.

Dated: December 30, 2013

_____
Sarah Wagner
U.S. Department of Justice
Antitrust Division
Transportation, Energy &
   Agriculture Section
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 305-8915
sarah.wagner@usdoj.gov
*For the United States*


_____
James Yoon
Office of the Attorney General
Antitrust Bureau
120 Broadway, 26th Floor

2

3. Plaintiffs collectively may serve no more than 50 requests for admission, and Defendants collectively may serve no more than 50 requests for admission. An identical request for admission served on both Plaintiffs, or on multiple Defendants, shall count as only one request for admission.

4. All contention interrogatories and requests for admission must be served via e-mail no later than February 12, 2014, and answered via e-mail no later than the close of expert discovery, March 14, 2014.

5. Nothing in this stipulation prevents any party from serving contention interrogatories and requests for admission prior to the above-referenced deadline, and the agreement to extend the deadline for such categories of discovery past the fact discovery deadline is not in itself a basis for any party to refuse to respond to contention interrogatories or requests for admission served earlier. The parties reserve their rights to object to contention interrogatories or requests for admission on all other allowable grounds.

Dated: _____, 2013

    _____
    Sarah Wagner
    U.S. Department of Justice
    Antitrust Division
    Transportation, Energy &
      Agriculture Section
    450 Fifth Street, NW, Suite 8000
    Washington, DC 20530
    (202) 305-8915
    sarah.wagner@usdoj.gov
    *For the United States*

    James Yoon
    Office of the Attorney General
    Antitrust Bureau
    120 Broadway, 26th Floor

2

New York, NY 10271-0332
(212) 416-8822
James.Yoon@ag.ny.gov
*For the State of New York*

_____
Thomas O. Barnett
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-5407
tbarnett@cov.com
*For Coach USA, Inc. and International Bus Services, Inc.*


_____
Michael P. A. Cohen
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1880
michaelcohen@paulhastings.com
*For Twin America, LLC, CitySights LLC and City Sights Twin, LLC*

**SO ORDERED:** _____, 2013

_____
JUDGE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE 

3

New York, NY 10271-0332
(212) 416-8822
James.Yoon@ag.ny.gov
*For the State of New York*

Thomas O. Barnett
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202)662-5407
tbarnett@cov.com
*For Coach USA, Inc. and International Bus Services, Inc.*

Michael P. A. Cohen
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1880
michaelcohen@paulhastings.com
*For Twin America, LLC, CitySights LLC and City Sights Twin, LLC*

So Ordered.
December 30, 2013

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

3