UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>and </br></br>STATE OF NEW YORK, </br></br>    *Plaintiffs*, </br></br>  v. </br></br>TWIN AMERICA, LLC, et al. </br></br>    *Defendants*. | Civil Action No. </br>12-cv-8989 (ALC) (GWG) </br></br>ECF Case |

## SECOND AMENDED SCHEDULING ORDER

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and Sections I and IV of the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York ("Pilot Project"), the Parties hereby propose and agree to the following amended schedule to govern pretrial proceedings subsequent to fact discovery in the above-captioned action:

| **Expert Discovery** | |
|---|---|
| Plaintiffs' opening expert reports served | February 18, 2014 |
| Defendants' opening expert reports served | March 10, 2014 |
| Plaintiffs' rebuttal expert reports served | March 31, 2014 |
| Expert depositions | April 7-11, 2014 |
| Close of expert discovery | April 11, 2014 |

|  |  |
|---|---|
| **Pilot Project Dates** |  |
| Joint Preliminary Trial Report | April 18, 2014 |
| Case Management Conference | To be set by the Court the week of April 28, 2014 |
| **Pre-Trial Motions** |  |
| Summary Judgment and *Daubert* motions filed (if any) | May 9, 2014 |
| Summary Judgment and *Daubert* opposition briefs filed | June 6, 2014 |
| Summary Judgment and *Daubert* reply briefs filed | June 20, 2014 |
| Joint Final Pretrial Report | May 28, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 28 days following the Court's resolution of the motion(s) |
| Motions *in limine* filed | May 28, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 28 days following the Court's resolution of the motion(s) |
| Oppositions to motions *in limine* filed | June 4, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 35 days following the Court's resolution of the motion(s) |
| Trial-Ready Date | June 25, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 60 days after the Court's resolution of the motion(s) |

**AGREED TO:**
Dated: January 6, 2014

        /s_____
Sarah L. Wagner
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 305-8915
sarah.wagner@usdoj.gov
*For Plaintiff United States*

        /s
James Yoon
Office of the Attorney General
Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271-0332
(212) 416-8822
James.Yoon@ag.ny.gov
*For Plaintiff State of New York*

        /s
Thomas O. Barnett
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-5407
tbarnett@cov.com
*For Defendants Coach USA, Inc. and*
*International Bus Services, Inc.*

        /s
Michael P. A. Cohen
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1880
michaelcohen@paulhastings.com
*For Defendants Twin America, LLC,*
*CitySights LLC and City Sights Twin, LLC*

3

**SO ORDERED:** <u>January 7</u>, 2014

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge