UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> and ) <br> ) <br> STATE OF NEW YORK, ) <br> ) <br>        *Plaintiffs*, ) <br>     v. ) <br> ) <br> ) <br> TWIN AMERICA, LLC, et al. ) <br> ) <br>        *Defendants*. ) <br> ) | Civil Action No. <br> 12-cv-8989 (ALC) (GWG) <br><br> ECF Case |

# ▮▮▮▮▮ THIRD AMENDED SCHEDULING ORDER

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and Sections I and IV of the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York ("Pilot Project"), the Parties hereby propose and agree to the following amended schedule to govern pretrial proceedings subsequent to fact discovery in the above-captioned action:

| **Expert Discovery** | |
|---|---|
| Plaintiffs' opening expert reports served | March 17, 2014 |
| Defendants' opening expert reports served | April 7, 2014 |
| Plaintiffs' rebuttal expert reports served | April 28, 2014 |
| Expert depositions | May 5-9, 2014 |
| Close of expert discovery | May 9, 2014 |

1

| Pilot Project Dates & Other Discovery Deadlines | |
|---|---|
| Contention interrogatories and requests for admission served by | April 9, 2014 |
| Joint Preliminary Trial Report | May 16, 2014 |
| Case Management Conference | To be set by the Court the week of May 27, 2014 |
| **Pre-Trial Motions** | |
| Summary Judgment and *Daubert* motions filed (if any) | June 6, 2014 |
| Summary Judgment and *Daubert* opposition briefs filed | July 3, 2014 |
| Summary Judgment and *Daubert* reply briefs filed | July 18, 2014 |
| Joint Final Pretrial Report | June 25, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 28 days following the Court's resolution of the motion(s) |
| Motions *in limine* filed | June 25, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 28 days following the Court's resolution of the motion(s) |
| Oppositions to motions *in limine* filed | July 2, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 35 days following the Court's resolution of the motion(s) |
| Trial-Ready Date | July 23, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 60 days after the Court's resolution of the motion(s) |

**AGREED TO:**

Dated: February 5, 2014

                                                     /s
David E. Altschuler
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 532-4715
david.altschuler@usdoj.gov
*For Plaintiff United States*

                                                     /s
James Yoon
Office of the Attorney General
Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271-0332
(212) 416-8822
James.Yoon@ag.ny.gov
*For Plaintiff State of New York*

                                                     /s
Thomas O. Barnett
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-5407
tbarnett@cov.com
*For Defendants Coach USA, Inc. and*
*International Bus Services, Inc.*

                                                     /s
Michael P. A. Cohen
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1880
michaelcohen@paulhastings.com
*For Defendants Twin America, LLC,*
*CitySights LLC and City Sights Twin, LLC*

3

**SO ORDERED:** Feb. 12, 2014

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge