UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>and )<br>)<br>STATE OF NEW YORK, )<br>)<br>        *Plaintiffs,* )<br>   v. )<br>)<br>)<br>TWIN AMERICA, LLC, et al. )<br>)<br>        *Defendants*. )<br>) | Civil Action No.<br>12-cv-8989 (ALC) (GWG)<br><br>ECF CASE |

## **UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

     Defendants Coach USA, Inc., International Bus Services, Inc., Twin America, LLC, CitySights LLC, and City Sights Twin, LLC (collectively, "Defendants"), through their undersigned counsel, hereby move this Court to modify the scheduling order in the above-captioned case to allow for a short extension of the time to complete expert discovery. Plaintiffs United States of America and State of New York (collectively, "Plaintiffs") have indicated that they do not oppose this motion.

     As grounds for this motion, Defendants state as follows:

     1.     After receiving Plaintiffs' expert reports on March 17, 2014, Defendants indicated that the work necessary to complete their opening reports would be more substantial than originally believed and requested that Plaintiffs consent to an extension of the deadline for their opening reports under the Third Amended Scheduling Order. After discussions between the Parties, Plaintiffs consented to a proposed revised schedule that provides Defendants one

additional week to complete their opening reports and Defendants consented to the Plaintiffs' corresponding request for one additional week to serve their rebuttal reports. The Parties believe that these limited extensions, which will extend the remaining case deadlines by two weeks, will not significantly delay the litigation.

   2. A Proposed Order Granting Unopposed Motion to Amend Scheduling Order is attached hereto as Attachment 1.

   3. A Proposed Fourth Amended Scheduling Order reflecting the extensions of remaining pre-trial deadlines is attached hereto as Attachment 2.

Dated: April 3, 2014         Respectfully submitted,

               /s/ Thomas O. Barnett
               Thomas O. Barnett
               Covington & Burling LLP
               1201 Pennsylvania Avenue, NW
               Washington, DC 20004-2401
               (202) 662-5407
               tbarnett@cov.com
               *For Defendants Coach USA, Inc. and*
               *International Bus Services, Inc.*

               /s/ Michael P.A. Cohen
               Paul Hastings LLP
               875 15th Street, NW
               Washington, DC 20005
               (202) 551-1880
               michaelcohen@paulhastings.com
               *For Defendants Twin America, LLC,*
               *CitySights LLC and City Sights Twin, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and correct copy of the Unopposed Motion To Amend Scheduling Order, and all attachments hereto, to be served via the Court's ECF System upon the following Parties:

For Plaintiff United States of America:

    David E. Altschuler
    U.S. Department of Justice
    Antitrust Division
    450 Fifth Street, NW, Suite 8000
    Washington, DC 20530
    (202) 532-4715
    david.altschuler@usdoj.gov

For Plaintiff State of New York:

    James Yoon
    Office of the Attorney General
    Antitrust Bureau
    120 Broadway, 26th Floor
    New York, NY 10271-0332
    (212) 416-8822
    James.Yoon@ag.ny.gov

For Defendants Twin America, LLC, CitySights LLC, and City Sights Twin, LLC:

    Michael P. A. Cohen
    Paul Hastings LLP
    875 15th Street, NW
    Washington, DC 20005
    (202) 551-1880
    michaelcohen@paulhastings.com

Dated: April 3, 2014
                                        /s/ Thomas O. Barnett
                                        Thomas O. Barnett
                                        Covington & Burling LLP
                                        1201 Pennsylvania Avenue, NW
                                        Washington, DC 20004-2401
                                        (202) 662-5407
                                        tbarnett@cov.com
                                        *For Defendants Coach USA, Inc. and*
                                        *International Bus Services, Inc.*