UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>and )<br>)<br>STATE OF NEW YORK, )<br>)<br>            *Plaintiffs*, )<br>)<br>v. )<br>)<br>TWIN AMERICA, LLC, et al. )<br>)<br>            *Defendants*. ) | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 4/10/14<br><br>Civil Action No.<br>12-cv-8989 (ALC) (GWG)<br><br>ECF CASE |

## [PROPOSED] FOURTH AMENDED SCHEDULING ORDER

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and Sections I and IV of the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York ("Pilot Project"), the Parties hereby propose and agree to the following amended schedule to govern pretrial proceedings subsequent to fact discovery in the above-captioned action:

| **Expert Discovery** | |
|---|---|
| Defendants' opening expert reports served | April 14, 2014 |
| Plaintiffs' rebuttal expert reports served | May 12, 2014 |
| Expert depositions | May 19-23, 2014 |
| Close of expert discovery | May 23, 2014 |
| **Pilot Project Dates & Other Discovery Deadlines** | |
| Contention interrogatories and requests for admission served by | April 23, 2014 |

| | |
|---|---|
| Joint Preliminary Trial Report | May 30, 2014 |
| Exchange of Preliminary Trial Witness Lists | May 30, 2014 |
| Case Management Conference | To be set by the Court the week of June 9, 2014 |
| **Pre-Trial Motions** | |
| Summary Judgment and *Daubert* motions filed (if any) | June 20, 2014 |
| Summary Judgment and *Daubert* opposition briefs filed | July 18, 2014 |
| Summary Judgment and *Daubert* reply briefs filed | August 1, 2014 |
| Joint Final Pretrial Report | July 9, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 28 days following the Court's resolution of the motion(s) |
| Motions *in limine* filed | July 9, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 28 days following the Court's resolution of the motion(s) |
| Oppositions to motions *in limine* filed | July 16, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 35 days following the Court's resolution of the motion(s) |
| Trial-Ready Date | August 6, 2014 if no summary judgment motion filed; if summary judgment motion(s) filed, 60 days following the Court's resolution of the motion(s) |

SO ORDERED: April 10, 2014

JUDGE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

2