# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and<br><br>STATE OF NEW YORK,<br><br>      *Plaintiffs,*<br>  v.<br><br>TWIN AMERICA, LLC, et al.<br><br>      *Defendants.* | Civil Action No.<br>12-cv-8989 (ALC) (GWG)<br><br>ECF Case |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this Court and I appear in this case as counsel on behalf of Plaintiff United States of America.

Dated: May 29, 2014

By: \_\_\_\_/s_____
J. Richard Doidge
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 514-8944
dick.doidge@usdoj.gov
*For Plaintiff United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of this Notice of Appearance to be served via the Court's ECF System upon the following Parties:

Dated:  May 29, 2014

For Defendants Twin America, LLC, CitySights LLC, and City Sights Twin, LLC:

Michael P. A. Cohen
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1880
michaelcohen@paulhastings.com

For Defendants Coach USA, Inc. and International Bus Services, Inc.:

Thomas O. Barnett
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-5407
tbarnett@cov.com


　　　　　　　　　　　　　　　　　　  /s                               
　　　　　　　　　　　　　　　　　　J. Richard Doidge