_____
                                                )
UNITED STATES OF AMERICA,                       )
                                                )
and                                             )
                                                )
STATE OF NEW YORK,                              )
                                                )
                   *Plaintiffs,*                )
        v.                                      )        Civil Action No.
                                                )        12-cv-8989 (ALC) (GWG)
                                                )
TWIN AMERICA, LLC, et al.                       )        ECF CASE
                                                )
                   *Defendants*.                )
_____)

### JOINT MOTION TO REOPEN LIMITED DISCOVERY

Plaintiffs United States of America and State of New York (collectively, "Plaintiffs") and

Defendants Coach USA, Inc. and International Bus Services, Inc. (collectively, the "Coach

Defendants") move this Court to reopen discovery for the limited purpose of discovering

whether the Coach Defendants have properly preserved evidence in this case and provided all

non-privileged documents and information responsive to the Plaintiffs' discovery requests.

1.      Defendants Twin America, LLC, CitySights LLC, and City Sights Twin, LLC

(collectively, "Twin Defendants") do not oppose this motion.

2.      On April 28, 2014, the Court received an anonymous email (the "Anonymous

Email") sent to Judge Carter's email address.  Later that day, Judge Gorenstein's chambers

forwarded the Anonymous Email to all counsel of record for Plaintiffs and Defendants, with the

instruction that Judge Gorenstein was "not directing the parties to take any specific action with

respect to this email but is instead leaving such action up to each party's judgment."

3.      In the course of a preliminary investigation of the allegations in the Anonymous Email, Plaintiffs received materials from a non-party that appear to be from the Coach Defendants. These materials, taken together with the allegations in the Anonymous Email, raise questions about whether there is relevant information that was not previously disclosed or produced during discovery and whether document preservation obligations were met.

4.      In light of these developments, Plaintiffs and the Coach Defendants seek to reopen discovery for the limited purpose of investigating the allegations in the Anonymous Email, including whether relevant information has not been produced.

5.      A district court has "broad discretion to direct and manage the pre-trial discovery process." *Wills v. Amerada Hess Corp.*, 379 F.3d 32, 41 (2d Cir. 2004). Fact discovery may be reopened upon a showing of good cause. *Lopez v. Ramos*, No. 11-cv-007790 (NSR), 2013 WL 6912692, *2-3 (S.D.N.Y. Dec. 30, 2013). Factors relevant to a determination of good cause include the diligence of the moving party and whether the request is opposed. *Id.* Where new information indicates that a party might have failed to produce responsive documents prior to the close of discovery, courts have reopened discovery to permit exploration of whether and when non-production of documents occurred. *See, e.g., Kelly v. Wright Medical Technology, Inc.*, No. 00-Civ.-8808-LAK, 2003 WL 40473, *1 (S.D.N.Y. Jan. 3, 2003) (reopening discovery to allow plaintiff to take a 30(b)(6) deposition to determine whether defendant possessed and failed to produce responsive documents).

6.      At this time, the parties do not seek an adjustment to the current schedule. The parties propose to advise the Court of the parties' progress in completing this limited discovery

by June 30, 2014.

7.      A Proposed Order Granting the Joint Motion to Reopen Discovery is attached

hereto as Attachment 1.

Dated:  May 29, 2014                                    Respectfully submitted,


                                    _____/s_____

                                    Kathleen S. O'Neill
                                    U.S. Department of Justice
                                    Antitrust Division
                                    450 Fifth Street, NW, Suite 8000
                                    Washington, DC 20530
                                    (202) 307-2931
                                    kathleen.oneill@usdoj.gov
                                    *For Plaintiff United States*


                                    _____/s_____
                                    Eric J. Stock
                                    Office of the Attorney General
                                    Antitrust Bureau
                                    120 Broadway, 26th Floor
                                    New York, NY 10271-0332
                                    (212) 416-8282
                                    Eric.Stock@ag.ny.gov
                                    *For Plaintiff State of New York*


                                    _____/s_____
                                    Thomas O. Barnett
                                    Covington & Burling LLP
                                    1201 Pennsylvania Ave NW
                                    Washington, DC 20004
                                    (202) 662-6000
                                    tbarnett@cov.com
                                    *For the Coach Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Joint Motion to Reopen

Limited Discovery, and all attachments hereto, to be served via the Court's ECF System upon

the following Parties:


For Defendants Twin America, LLC, CitySights LLC, and City Sights Twin, LLC:

    Michael P. A. Cohen
    Paul Hastings LLP
    875 15th Street, NW
    Washington, DC 20005
    (202) 551-1880
    michaelcohen@paulhastings.com

For Defendants Coach USA, Inc. and International Bus Services, Inc.:

    Thomas O. Barnett
    Covington & Burling LLP
    1201 Pennsylvania Avenue, NW
    Washington, DC 20004-2401
    (202) 662-5407
    tbarnett@cov.com


Dated: May 29, 2014


                           /s
                           Kathleen S. O'Neill
                           U.S. Department of Justice
                           Antitrust Division
                           450 Fifth Street, NW, Suite 8000
                           Washington, DC 20530
                           (202) 307-2931
                           kathleen.oneill@usdoj.gov
                           *For Plaintiff United States*