

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W., Suite 8000*
*Washington, DC 20001*

*william.stallings@usdoj.gov*
*Tel: (202) 514-9323*
*Fax. (202) 307-2784*

May 30, 2014

Honorable Andrew L. Carter,
United States District Judge
Honorable Gabriel W. Gorenstein,
United States Magistrate Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States and State of New York v. Twin America, LLC et al.*, No. 12-CV-8989 (ALC) (GWG)

Dear Judge Carter and Judge Gorenstein:

    The parties to the above-captioned case are filing today the Joint Preliminary Trial Report as directed by the Court's Fourth Amended Scheduling Order (Docket 53) and Section IV of the Pilot Project Regarding Case Management Techniques for Complex Civil Cases. The Scheduling Order calls for the Court to set the Case Management Conference (as set forth in Section IV.B. of the Pilot Project) for the week of June 9, 2014. The parties jointly respectfully request the Court schedule a date for the Conference. Counsel have conferred and request June 13 if that date fits with availability in the Court's calendar.

    We thank the Court for its attention to this matter.

Sincerely,

*/s/ William H. Stallings*
William H. Stallings
Attorney for Plaintiff United States

cc: Eric Stock (via e-mail)
      Attorney for Plaintiff State of New York

Thomas O. Barnett (via e-mail)
Attorney for Defendants Coach USA, Inc. and International Bus Services, Inc.

Michael P.A. Cohen (via e-mail)
Attorney for Defendants Twin America, LLC, CitySights LLC and City Sights Twin, LLC