## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STATE OF NEW YORK, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| v. | ) | Civil Action No. |
| | ) | 12-cv-8989 (ALC) (GWG) |
| | ) | |
| TWIN AMERICA, LLC, et al. | ) | ECF Case |
| | ) | |
| *Defendants.* | ) | |

### JOINT PRELIMINARY TRIAL REPORT

Pursuant to section IV(A) of the Standing Order for the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York ("Pilot Project Standing Order") and the Fourth Amended Scheduling Order dated April 10, 2014 (Dkt. No. 53), all Parties in the above-referenced action submit this Joint Preliminary Trial Report.

**DEFINITIONS**

Throughout this Joint Preliminary Trial Report, the following terms will be used:

(a)    "Action" means the above-captioned action pending in this Court.

(b)    "Party" means any Plaintiff or any Defendant in this Action.

(c)    "Parties" means collectively the Plaintiffs and Defendants in this Action.

(d)    "Transaction" means the joint venture agreement executed on March 17, 2009 between International Bus Services, Inc. and City Sights Twin, LLC that established Twin America, LLC.

**1.    THE FULL CAPTION OF THIS ACTION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STATE OF NEW YORK, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| v. | ) | Civil Action No. |
| | ) | 12-cv-8989 (ALC) (GWG) |
| | ) | ECF Case |
| TWIN AMERICA, LLC, | ) | |
| COACH USA, INC., | ) | |
| INTERNATIONAL BUS SERVICES, INC., | ) | |
| CITYSIGHTS LLC, and | ) | |
| CITY SIGHTS TWIN, LLC, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

2.      **COUNSEL**

Lead trial counsel for each Party is marked with an asterisk (*).

<u>Plaintiff United States of America</u>

For the United States, principal members of the trial team are as follows:

*William Stallings, William.Stallings@usdoj.gov, (202) 514-9323
Kathleen O'Neill, Kathleen.Oneill@usdoj.gov, (202) 307-2931
Sarah Wagner, Sarah.Wagner@usdoj.gov, (202) 305-8915
David Altschuler, David.Altschuler@usdoj.gov, (202) 532-4715
United States Department of Justice, Antitrust Division
Transportation, Energy, and Agriculture Section
450 Fifth Street NW, Suite 8000
Washington, DC 20530
Fax: (202) 616-2441

Benjamin Sirota, Benjamin.Sirota@usdoj.gov, (212) 335-8056
United States Department of Justice, Antitrust Division
New York Field Office
26 Federal Plaza, Room 3630
New York, NY 10278
Fax: (212) 335-8023

At trial, contact counsel at:
26 Federal Plaza, Room 3630
New York, NY 10278
Phone: (212) 335-8000
Fax:  (212) 335-8021

<u>Plaintiff State of New York</u>:

For the State of New York, principal members of the trial team are as follows:

*Eric J. Stock, Eric.Stock@ag.ny.gov, (212) 416-8282
James Yoon, James.Yoon@ag.ny.gov, (212) 416-8822
Matthew Siegel, Matthew.Siegel@ag.ny.gov, (212) 416-8288
Jeremy Kasha, Jeremy.Kasha@ag.ny.gov, (212) 416-8277
Office of the Attorney General, Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271
Fax: (212) 416-6015

<u>Defendants Twin America, LLC, CitySights LLC, and City Sights Twin, LLC</u>:

For Defendants Twin America, LLC, CitySights LLC, and City Sights Twin LLC, principal members of the trial team are as follows:

*Michael P. A. Cohen, michaelcohen@paulhastings.com, (202) 551-1880
C. Scott Hataway, scotthataway@paulhastings.com, (202) 551-1731
MJ Moltenbrey, mjmoltenbrey@paulhastings.com, (202) 551-1725
Katie E. Wood, katiewood@paulhastings.com, (202) 551-1734
Ryan M. Decker, ryandecker@paulhastings.com, (202) 551-1823
Susan Zhu, susanzhu@paulhastings.com, (202) 551-1830
Amanda L. Fretto, amandafretto@paulhastings.com, (202) 551-1875
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC 20005
Fax:  (202) 551-0280

At trial, contact counsel at:
75 East 55th Street
New York, NY 10278
Phone: (212) 318-6000
Fax:  (212) 319-4090

<u>Defendants Coach USA, Inc. and International Bus Services, Inc.</u>:

*Thomas O. Barnett, tbarnett@cov.com, (202) 662-5407
Andrew D. Lazerow, alazerow@cov.com, (202) 662-5081
Ashley E. Bass, abass@cov.com, (202) 662-5109
Henry B. Liu, hliu@cov.com, (202) 662-5536
COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Fax: (202) 662-6291

At trial, contact counsel at:
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Phone: (212) 841-1000
Fax: (212) 841-1010

3.      **SUBJECT MATTER JURISDICTION**

This Court has subject matter jurisdiction over this Action pursuant to 15 U.S.C. § 4, 15 U.S.C. §§ 25 and 26, and 28 U.S.C. §§ 1331, 1337, and 1345. The Court has supplemental jurisdiction over the Action and Parties as to the State of New York's claims under the Donnelly Act and the New York Executive Law under 28 U.S.C. § 1367.

No Party disputes this Court's subject matter jurisdiction over this Action.

4. **CLAIMS AND DEFENSES**

The four causes of action that Plaintiffs assert in their Complaint remain to be tried. Plaintiffs claim that the formation and continuing operation of Twin America, LLC ("Twin America"), a joint venture formed in 2009 that combined the hop-on, hop-off bus tour assets and operations of Coach and CitySights, did and will likely continue to substantially lessen competition in the market for hop-on, hop-off bus tours in New York City, in violation of Section 7 of the Clayton Act, 15 U.S.C. § 18. Plaintiffs further claim that Coach's and CitySights's agreement to combine their hop-on, hop-off bus tour assets and operations through the Transaction, to eliminate competition between them, and to not compete against each other or against Twin America unreasonably restrains trade, and will likely continue to unreasonably restrain trade, in the market for hop-on, hop-off bus tours in New York City, in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1 and Section 340 of the Donnelly Act, N.Y. Gen. Bus. Law § 340. Plaintiff State of New York also alleges that by forming and operating the Twin America joint venture in violation of Section 1 of the Sherman Act, Section 7 of the Clayton Act, and Section 340 of the Donnelly Act, the Defendants have engaged in repeated illegal acts or otherwise demonstrated persistent illegality in the carrying on, conducting, or

transaction of business, in violation of Section 63(12) of the New York Executive Law, N.Y.

Exec. Law § 63(12).  The remedies sought by Plaintiffs include injunctive relief to restore

competition to the market, and disgorgement of Defendants' ill-gotten gains.

Defendants deny that their now five-year old merger from 2009 violated Section 7 of the

Clayton Act, 15 U.S.C. § 18, Section 1 of the Sherman Act, 15 U.S.C. § 1, Section 340 of the

Donnelly Act, N.Y. Gen. Bus. Law § 340, and Section 63(12) of the New York Executive Law,

N.Y. Exec. Law § 63(12).  As a threshold matter, Defendants dispute the alleged antitrust market

for "hop-on/hop-off bus tours in New York City" as artificially narrow.  Defendants contend that

their hop-on/hop-off bus tours compete against a wide array of tours and attractions in New York

City as a matter of fact and common sense.  Defendants also dispute that the merger of Gray

Line and CitySights tours created a firm with "market power"—the ability to control price and

exclude competition and the requisite crux of the Government claims.  Defendants also contend

that the Government cannot meet its burden to prove that there are "barriers" to entering the

alleged antitrust market.  The Government's alleged antitrust market now contains four

competitors in addition to Twin, including two of the world's largest hop-on/hop-off bus tour

operators.  Defendants contend this entry into the alleged market is both a complete defense to

liability in the case, as well as a complete defense to the injunctive relief the Government has

requested.

Defendants asserted fifteen defenses in their Answers filed on February 11, 2013 (*See*

Dkt. Nos. 17 & 18), fourteen of which remained to be tried.  Specifically, Defendants continue to

assert the following defenses:

FIRST DEFENSE:  The Complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE:  The claims set forth in the Complaint are barred by the State Action Doctrine.

THIRD DEFENSE:  Plaintiffs are not entitled to equitable monetary relief.

FOURTH DEFENSE:  Plaintiffs' claims should be dismissed to the extent they are moot.

FIFTH DEFENSE:  The purported relevant market alleged in the Complaint is not a relevant antitrust market, and Plaintiffs cannot carry their burden of defining a proper relevant market.

SIXTH DEFENSE:  Twin America does not have market power or monopoly power in any properly defined relevant market, and Plaintiffs therefore cannot state a claim sounding in antitrust.

SEVENTH DEFENSE:  Twin America would not have market power even if the relevant market were as alleged in the Complaint because of the lack of significant barriers to entry.

EIGHTH DEFENSE:  Any conduct engaged in by Twin America was not anticompetitive and cannot support a claim sounding in antitrust.

NINTH DEFENSE:  Plaintiffs' claims are barred, in whole or in part, because Twin America did not engage in any illegal activity.

TENTH DEFENSE:  Plaintiffs' claims are barred, in whole or in part, because Twin America did not engage in supracompetitive pricing.

7

ELEVENTH DEFENSE:  Plaintiffs' claims are barred, in whole or in part, because the alleged conduct that is the subject of the Complaint did not lessen competition in a relevant market or markets.

TWELFTH DEFENSE:  Plaintiffs' claims are barred by the doctrine of laches and/or any applicable statutes of limitation.

THIRTEENTH DEFENSE:  Plaintiffs are not entitled to receive reasonable attorneys' fees.

FIFTEENTH DEFENSE:  Defendants reserve the right to assert other defenses as this action proceeds up to and including the time of trial.

Defendants also asserted the following defense to Plaintiffs' Complaint, which is no longer applicable:

FOURTEENTH DEFENSE:  Defendants adopt by reference any applicable defense pleaded by any other defendant not otherwise expressly set forth herein.

## 5.   GOVERNING LAW AND CHOICE OF LAW

The Parties agree that Section 1 of the Sherman Act, Section 7 of the Clayton Act, Section 340 of the Donnelly Act, and Section 63(12) of the New York Executive Law govern each claim and defense in this Action.  No Party disputes the choice of law.

## 6.   ESTIMATED LENGTH OF TRIAL

The Parties expect that the trial of this Action will last approximately two weeks (10 trial days).  The case is to be tried without a jury.

## 7.   TRIAL BY MAGISTRATE JUDGE

The Parties do not consent to trial before a Magistrate Judge.

8

## 8.  SUMMARY JUDGMENT MOTIONS

Plaintiffs do not intend to file any summary judgment motion.

Defendants intend to move for summary judgment on two grounds.  First, the undisputed facts establish that four competitors have entered the alleged antitrust market since the formation of the joint venture for hop-on/hop-off bus tours in New York City.  Thus, the Government cannot meet its burden to prove barriers to entering the alleged market.  Second, Plaintiffs are not entitled to the relief of disgorgement as a matter of fact or law.  No expert testimony is necessary for Defendants' to win these motions.

**AGREED TO:**

Dated: May 30, 2014            By: _____

                                 Sarah Wagner
                                 U.S. Department of Justice
                                 Antitrust Division
                                 Transportation, Energy &
                                      Agriculture Section
                                 450 Fifth Street, NW, Suite 8000
                                 Washington, DC 20530
                                 (202) 305-8915
                                 Sarah.Wagner@usdoj.gov
                                 *For the United States*

                           By: _____

                                 James Yoon
                                 Office of the Attorney General
                                 Antitrust Bureau
                                 120 Broadway, 26th Floor
                                 New York, NY 10271-0332
                                 (212) 416-8822
                                 James.Yoon@ag.ny.gov
                                 *For the State of New York*

                           By: _____

                                 Thomas O. Barnett
                                 Covington & Burling LLP
                                 1201 Pennsylvania Avenue, NW
                                 Washington, DC 20004-2401
                                 (202) 662-5407
                                 tbarnett@cov.com
                                 *For Coach USA, Inc. and International Bus Services, Inc.*

**AGREED TO:**

Dated: May 30, 2014

By: _____
Sarah Wagner
U.S. Department of Justice
Antitrust Division
Transportation, Energy &
   Agriculture Section
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 305-8915
Sarah.Wagner@usdoj.gov
*For the United States*


By: _____
James Yoon
Office of the Attorney General
Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271-0332
(212) 416-8822
James.Yoon@ag.ny.gov
*For the State of New York*


By: _____
Thomas O. Barnett
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-5407
tbarnett@cov.com
*For Coach USA, Inc. and International Bus Services,
Inc.*

10

**AGREED TO:**

Dated: May 30, 2014

By: _____
    Sarah Wagner
    U.S. Department of Justice
    Antitrust Division
    Transportation, Energy &
       Agriculture Section
    450 Fifth Street, NW, Suite 8000
    Washington, DC 20530
    (202) 305-8915
    Sarah.Wagner@usdoj.gov
    *For the United States*

By: _____
    James Yoon
    Office of the Attorney General
    Antitrust Bureau
    120 Broadway, 26th Floor
    New York, NY 10271-0332
    (212) 416-8822
    James.Yoon@ag.ny.gov
    *For the State of New York*

By: _____
    Thomas O. Barnett
    Covington & Burling LLP
    1201 Pennsylvania Avenue, NW
    Washington, DC 20004-2401
    (202) 662-5407
    tbarnett@cov.com
    *For Coach USA, Inc. and International Bus Services, Inc.*

By: _____

Michael P. A. Cohen
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1880
michaelcohen@paulhastings.com
*For Twin America, LLC, CitySights LLC, and City Sights Twin, LLC*

11