UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NYC BUS TOUR ANTITRUST LITIGATION | Master Case File No. 13-CV-0711 (ALC)(GWG) RELATED TO ALL CASES <br><br> ECF Case <br><br> JURY TRIAL DEMANDED |

ORDER SETTING CLAIMS DEADLINE

WHEREAS, the Court granted Preliminary Approval to the settlement in this action on June 16, 2014 ("Preliminary Approval Order");

WHEREAS, the Preliminary Approval Order appointed Rust Consulting as the Claims Administrator (Prelim. Approval Order ¶ 9) and directed that notice to the class be given in accordance with the proposed notice program set forth in the Declaration of Shannon R. Wheatman, Ph.D. (id. ¶ 12); and

WHEREAS, Rust Consulting has recommended January 2015 [November 19, 2014], as the date to be included in the notice and claim forms as the date by which claims must be filed ("Claims Deadline"). This is 90 [30] days after the hearing scheduled for October 20, 2014, at which the Court will consider (among other matters) whether the proposed Settlement as set forth in the Settlement Agreement should be finally approved as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23. See Prelim. Approval Order ¶ 17.

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 23, it is hereby ORDERED that January 2015 [November 19, 2014], is the Claims Deadline in this action.

3211493v1.doc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/14

ENTERED this 18 day June of 2014.

_____
Hon. Andrew L. Carter, Jr.

3211493v1.doc