Carter, a.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RECEIVED
JUN 16 2014
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES OF AMERICA

and

STATE OF NEW YORK,

        *Plaintiffs*,

v.

TWIN AMERICA, LLC, *et al.*,

        *Defendants.*

Civil Action No.
12-cv-8989 (ALC) (GWG)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-19-14

## ▓▓▓▓▓▓ ORDER AND STIPULATION CONCERNING THE FILING OF SUMMARY JUDGMENT AND *DAUBERT* MOTIONS

Plaintiffs United States of America and State of New York (collectively "Plaintiffs") and Defendants Coach USA, Inc., International Bus Services, Inc., Twin America, LLC, CitySights LLC, and City Sights Twin, LLC (collectively "Defendants"), through their undersigned counsel, hereby stipulate to, and respectfully request that the Court Order, the following procedures with respect to Defendants' motion for summary judgment and *Daubert* motions:

    1.    This Stipulation does not modify the current schedule in the Fourth Amended Scheduling Order (ECF No. 53) (the "Scheduling Order") with respect to the briefing of summary judgment and *Daubert* motions (or any other deadline in the Scheduling Order).

    2.    Defendants shall serve on Plaintiffs unredacted versions of their motion for summary judgment and *Daubert* motions (the "Motions"), any memoranda in support thereof, and exhibits attached thereto, on June 20, 2014. Defendants shall email to the Court unredacted versions of the Motions and memoranda in support thereof, and any exhibits attached thereto, on

DC: 5362672-4

June 20, 2014. In the event that the exhibits to the Motions are too large to email to the Court, Defendants shall deliver to the Court, by hand, unredacted copies of exhibits by 3:00pm on Monday, June 23.

3. The parties shall confer on proposed redactions to Defendants' briefs and any exhibits and submit to the Court a motion to seal, along with proposed redactions, by June 26, 2014.

4. Plaintiffs shall serve on Defendants unredacted versions of the oppositions to Defendants' Motions, and any exhibits attached thereto, on July 18, 2014. Plaintiffs shall email to the Court unredacted versions of the oppositions, and any exhibits attached thereto, on July 18, 2014. In the event that the exhibits to the oppositions are too large to email to the Court, Plaintiffs shall deliver to the Court, by hand, unredacted copies of exhibits by 3:00pm on Monday, July 21.

5. The parties shall confer on proposed redactions to Plaintiffs' opposition briefs and any exhibits and submit to the Court a motion to seal, along with proposed redactions, by July 24, 2014.

6. Defendants shall serve on Plaintiffs unredacted versions of their reply briefs and any exhibits attached thereto and email an unredacted version of the brief and any exhibits to the Court on August 1, 2014. In the event that the exhibits to the reply are too large to email to the Court, Defendants shall deliver to the Court, by hand, unredacted copies of exhibits by 3:00pm on Monday, August 4.

7. The parties shall confer on proposed redactions to Defendants' reply briefs and any exhibits and submit to the Court a motion to seal, along with proposed redactions, by August 7, 2014.

Dated: June 17, 2014

Respectfully submitted,

*/s/ Thomas O. Barnett*

Thomas O. Barnett
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-5407
tbarnett@cov.com
*For Defendants Coach USA, Inc. and
International Bus Services, Inc.*


Michael P.A. Cohen
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1880
michaelcohen@paulhastings.com
*For Defendants Twin America, LLC,
CitySights LLC and City Sights Twin, LLC*


David Altschuler
Trial Attorney
U.S. Department of Justice - Antitrust Division
Transportation, Energy & Agriculture Section
Liberty Square Building
450 Fifth Street NW
Washington, DC 20530
Tel. (202) 532-4715
David.Altschuler@usdoj.gov
*For Plaintiff United States*


James Yoon
Office of the Attorney General
Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271-0332
(212) 416-8822
James.Yoon@ag.ny.gov
*For Plaintiff State of New York*

Dated: June 17, 2014                                Respectfully submitted,

_____
Thomas O. Barnett
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-5407
tbarnett@cov.com
*For Defendants Coach USA, Inc. and International Bus Services, Inc.*

*/s/ Michael P.A. Cohen/keew/*
Michael P.A. Cohen
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1880
michaelcohen@paulhastings.com
*For Defendants Twin America, LLC, CitySights LLC and City Sights Twin, LLC*

_____
David Altschuler
Trial Attorney
U.S. Department of Justice - Antitrust Division
Transportation, Energy & Agriculture Section
Liberty Square Building
450 Fifth Street NW
Washington, DC 20530
Tel. (202) 532-4715
David.Altschuler@usdoj.gov
*For Plaintiff United States*

_____
James Yoon
Office of the Attorney General
Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271-0332
(212) 416-8822
James.Yoon@ag.ny.gov
*For Plaintiff State of New York*

3

Dated: June 17, 2014                              Respectfully submitted,

_____
Thomas O. Barnett
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-5407
tbarnett@cov.com
*For Defendants Coach USA, Inc. and
International Bus Services, Inc.*

_____
Michael P.A. Cohen
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1880
michaelcohen@paulhastings.com
*For Defendants Twin America, LLC,
CitySights LLC and City Sights Twin, LLC*

_____
David Altschuler
Trial Attorney
U.S. Department of Justice - Antitrust Division
Transportation, Energy & Agriculture Section
Liberty Square Building
450 Fifth Street NW
Washington, DC 20530
Tel. (202) 532-4715
David.Altschuler@usdoj.gov
*For Plaintiff United States*

_____
James Yoon
Office of the Attorney General
Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271-0332
(212) 416-8822
James.Yoon@ag.ny.gov
*For Plaintiff State of New York*

3

Dated: June 17, 2014                                  Respectfully submitted,

_____
Thomas O. Barnett
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-5407
tbarnett@cov.com
*For Defendants Coach USA, Inc. and*
*International Bus Services, Inc.*

_____
Michael P.A. Cohen
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1880
michaelcohen@paulhastings.com
*For Defendants Twin America, LLC,*
*CitySights LLC and City Sights Twin, LLC*


_____
David Altschuler
Trial Attorney
U.S. Department of Justice - Antitrust Division
Transportation, Energy & Agriculture Section
Liberty Square Building
450 Fifth Street NW
Washington, DC 20530
Tel. (202) 532-4715
David.Altschuler@usdoj.gov
*For Plaintiff United States*

_____
James Yoon
Office of the Attorney General
Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271-0332
(212) 416-8822
James.Yoon@ag.ny.gov
*For Plaintiff State of New York*

3

SO ORDERED: June 19, 2014

_____
HONORABLE ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE