UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>STATE OF NEW YORK,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>TWIN AMERICA, LLC, *et al.*,<br><br>    *Defendants*. | Civil Action No.<br>12-cv-8989 (ALC) (GWG)<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that, on June 20, 2014, I caused a true and correct copy of Defendants' Memorandum of Law in Support of Defendants' *Daubert* motion to exclude the testimony of Dr. Guy Ben-Ishai and Declaration of Andrew D. Lazerow to be served on all parties in this case via electronic mail to the following counsel of record in this case:

  For Plaintiff United States:
  David Altschuler
  david.altschuler @usdoj.gov

  For Plaintiff State of New York:
  James Yoon
  james.yoon@ag.ny.gov

  For Defendants Twin America, LLC, CitySights LLC and City Sights Twin, LLC:
  Michael P. A. Cohen
  michaelcohen@paulhastings.com

            /s/ Thomas O. Barnett
            Thomas O. Barnett

            *Attorney for Defendants Coach USA, Inc. and*
            *International Bus Services, Inc.*