**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

and

STATE OF NEW YORK,

                 *Plaintiffs,*

      v.

TWIN AMERICA, LLC, *et al.*,

                 *Defendants.*

Civil Action No.
12-cv-8989 (ALC) (GWG)

**CERTIFICATE OF SERVICE**

        I hereby certify that, on June 20, 2014, I caused a true and correct copy of Defendants'

Memorandum of Law in Support of Defendants' *Daubert* motion to exclude the testimony of

Sumanta Ray and Declaration of Andrew D. Lazerow to be served on all parties in this case via

electronic mail to the following counsel of record in this case:

        For Plaintiff United States:
        David Altschuler
        david.altschuler @usdoj.gov

        For Plaintiff State of New York:
        James Yoon
        james.yoon@ag.ny.gov

        For Defendants Twin America, LLC, CitySights LLC and City Sights Twin, LLC:
        Michael P. A. Cohen
        michaelcohen@paulhastings.com

                              /s/ Thomas O. Barnett
                              Thomas O. Barnett

                              *For Defendants Coach USA, Inc. and International*
                              *Bus Services, Inc.*