UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>STATE OF NEW YORK,<br><br>　　　　　　*Plaintiffs,*<br><br>　　　v.<br><br>TWIN AMERICA, LLC, *et al.*,<br><br>　　　　　　*Defendants.* | Civil Action No.<br>12-cv-8989 (ALC) (GWG)<br><br>**CERTIFICATE OF SERVICE** |

　　　　I hereby certify that, on June 20, 2014, I caused a true and correct copy of Defendants' Memorandum of Law in Support of Defendants' *Daubert* motion to exclude certain expert testimony of Dr. Russell Pittman and Declaration of Andrew D. Lazerow to be served on all parties in this case via electronic mail to the following counsel of record in this case:

　　　For Plaintiff United States:
　　　David Altschuler
　　　david.altschuler @usdoj.gov

　　　For Plaintiff State of New York:
　　　James Yoon
　　　james.yoon@ag.ny.gov

　　　For Defendants Twin America, LLC, CitySights LLC and City Sights Twin, LLC:
　　　Michael P. A. Cohen
　　　michaelcohen@paulhastings.com

　　　　　　　　　　　　　　　　　　　　/s/ Thomas O. Barnett
　　　　　　　　　　　　　　　　　　　　Thomas O. Barnett

　　　　　　　　　　　　　　　　　　　　*For Defendants Coach USA, Inc. and International Bus Services, Inc.*