UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>STATE OF NEW YORK,<br><br>   *Plaintiffs,*<br><br>   v.<br><br>TWIN AMERICA, LLC, *et al.*,<br><br>   *Defendants.* | Civil Action No.<br>12-cv-8989 (ALC) (GWG)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that Defendants Twin America, LLC, CitySights LLC, City Sights Twin, LLC, Coach USA, Inc. and International Bus Services, Inc. (collectively "Defendants"), will move this Court, before the Honorable Andrew L. Carter, Jr., United States District Court Judge, located at the United States Courthouse, 40 Foley Square, Courtroom 1306, New York, New York, as soon as counsel may be heard, for an Order pursuant to Federal Rule of Civil Procedure 56, granting summary judgment to Defendants and entering judgment on all counts in favor of Defendants, together with such other and further relief as the Court deems just and proper, based upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment ("Summary Judgment Motion"), the Local Rule 56.1 Statement of Material Facts, the Declaration of Amanda L. Fretto, all dated June 20, 2014, the "Observer Affidavits" dated June 18 and June 19, 2014, and all accompanying exhibits, and the pleadings on file in this case.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request that the Court schedule oral argument on this motion.

On June 20, 2014, pursuant to the Court's June 19, 2014 Order (Dkt. No. 70), Defendants served, by email, on all persons listed in the accompanying Certificate of Service, an unredacted version of their Summary Judgment Motion, the Rule 56.1 Statement, the Declaration of Amanda L. Fretto, and the Observer Affidavits.  On June 20, 2014, Defendants also emailed to the Court an unredacted version of their Summary Judgment Motion, the Rule 56.1 Statement, and the Declaration of Amanda L. Fretto.  On Monday, June 23, 2014, Defendants will provide unredacted copies of all of the exhibits and Observer Affidavits.  Defendants will submit to the Court a motion to seal, along with proposed redactions, by June 26, 2014.

Dated:  June 20, 2014                                   Respectfully submitted,


  /s/  Michael P. A. Cohen

Michael P. A. Cohen
Amanda L. Fretto
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 551-1880
Facsimile:  (202) 551-0280
michaelcohen@paulhastings.com

*Attorneys for Defendants Twin America, LLC, CitySights LLC, and City Sights Twin, LLC*


  /s/  Thomas O. Barnett

Thomas O. Barnett
Andrew D. Lazerow
Ashley E. Bass
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291

*For Defendants Coach USA, Inc. and International Bus Services, Inc.*

-3-