## CERTIFICATE OF SERVICE

I hereby certify that, on June 20, 2014, I caused a true and correct copy of Defendants' Notice of Motion for Summary Judgment to be served via the Court's ECF System upon the below named Parties.

I hereby certify that, on June 20, 2014, I caused true and correct copies of Defendants' Notice of Motion for Summary Judgment, Defendants' Memorandum of Law in Support thereof, the Local Rule 56.1 Statement of Material Facts, Declaration of Amanda L. Fretto, and the Observer Affidavits to be served via electronic mail on the following parties:

<u>For Plaintiff United States</u>:
Sara L. Wagner
sarah.wagner@usdoj.gov

David Altschuler
david.altschuler @usdoj.gov

<u>For Plaintiff State of New York</u>:
James Yoon
james.yoon@ag.ny.gov

<u>For Defendants Coach USA, Inc. and International Bus Services, Inc.</u>:
Thomas O. Barnett
tbarnett@cov.com

                                       s/Amanda L. Fretto
                                       Amanda L. Fretto

                                       *For Defendants Twin America, LLC,*
                                       *CitySights LLC, and City Sights Twin, LLC*