Carter, a.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>STATE OF NEW YORK,<br><br>        *Plaintiffs*,<br><br>v.<br><br>TWIN AMERICA, LLC, *et al.*,<br><br>        *Defendants*. | <br><br>Civil Action No.<br>12-cv-8989 (ALC) (GWG)<br><br> |

## [PROPOSED] AMENDED ORDER AND STIPULATION CONCERNING THE FILING OF SUMMARY JUDGMENT AND *DAUBERT* MOTIONS

Plaintiffs United States of America and State of New York (collectively "Plaintiffs") and Defendants Coach USA, Inc., International Bus Services, Inc., Twin America, LLC, CitySights LLC, and City Sights Twin, LLC (collectively "Defendants"), through their undersigned counsel, hereby stipulate to, and respectfully request that the Court Order, the following procedures with respect to Defendants' motion for summary judgment and *Daubert* motions:

1. This Stipulation does not modify the current schedule in the Fourth Amended Scheduling Order (ECF No. 53) (the "Scheduling Order") with respect to the briefing of summary judgment and *Daubert* motions (or any other deadline in the Scheduling Order).

2. Defendants emailed to the Court and Plaintiffs unredacted versions of their motion for summary judgment and *Daubert* motions (the "Motions"), memoranda in support thereof, and supporting declarations on June 20, 2014. Defendants hand-delivered to the Court

and Plaintiffs unredacted copies of the exhibits attached to the supporting declarations on Monday, June 23, 2014.

3. The parties are in the process of conferring on proposed redactions to Defendants' briefs and any exhibits, but have not completed that process by the deadline in the original stipulation (June 26, 2014) due to the volume of materials. The parties believe that the meet and confer process will be concluded by Monday, June 30, 2014. Thus, the parties shall submit to the Court a motion to seal, along with proposed redactions, by June 30, 2014.

4. The parties also request a concomitant modification of the current date by which motions to seal and proposed redactions in connection with the Plaintiffs' opposition briefs and Defendants' reply briefs are due. The parties shall confer on proposed redactions to Plaintiffs' opposition briefs and any exhibits and submit to the Court a motion to seal, along with proposed redactions, by July 28, 2014. The parties shall confer on proposed redactions to Defendants' reply briefs and any exhibits and submit to the Court a motion to seal, along with proposed redactions, by August 11, 2014.

Dated: June 26, 2014

Respectfully submitted,

Thomas O. Barnett
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-5407
tbarnett@cov.com
*For Defendants Coach USA, Inc. and International Bus Services, Inc.*

Ryan M. Decker
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1823

2

and Plaintiffs unredacted copies of the exhibits attached to the supporting declarations on Monday, June 23, 2014.

3. The parties are in the process of conferring on proposed redactions to Defendants' briefs and any exhibits, but have not completed that process by the deadline in the original stipulation (June 26, 2014) due to the volume of materials. The parties believe that the meet and confer process will be concluded by Monday, June 30, 2014. Thus, the parties shall submit to the Court a motion to seal, along with proposed redactions, by June 30, 2014.

4. The parties also request a concomitant modification of the current date by which motions to seal and proposed redactions in connection with the Plaintiffs' opposition briefs and Defendants' reply briefs are due. The parties shall confer on proposed redactions to Plaintiffs' opposition briefs and any exhibits and submit to the Court a motion to seal, along with proposed redactions, by July 28, 2014. The parties shall confer on proposed redactions to Defendants' reply briefs and any exhibits and submit to the Court a motion to seal, along with proposed redactions, by August 11, 2014.

Dated: June 26, 2014

Respectfully submitted,

_____
Thomas O. Barnett
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-5407
tbarnett@cov.com
*For Defendants Coach USA, Inc. and International Bus Services, Inc.*

_____
Ryan M. Decker
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1823

2

ryandecker@paulhastings.com
*For Defendants Twin America, LLC,
CitySights LLC and City Sights Twin, LLC*

_____
David Altschuler
Trial Attorney
U.S. Department of Justice - Antitrust Division
Transportation, Energy & Agriculture Section
Liberty Square Building
450 Fifth Street NW
Washington, DC 20530
Tel. (202) 532-4715
David.Altschuler@usdoj.gov
*For Plaintiff United States*

_____
James Yoon
Office of the Attorney General
Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271-0332
(212) 416-8822
James.Yoon@ag.ny.gov
*For Plaintiff State of New York*

**SO ORDERED:** _____, 2014

_____
HONORABLE ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE

3

ryandecker@paulhastings.com
*For Defendants Twin America, LLC,
CitySights LLC and City Sights Twin, LLC*

_____
David Altschuler
Trial Attorney
U.S. Department of Justice - Antitrust Division
Transportation, Energy & Agriculture Section
Liberty Square Building
450 Fifth Street NW
Washington, DC 20530
Tel. (202) 532-4715
David.Altschuler@usdoj.gov
*For Plaintiff United States*

_____
James Yoon
Office of the Attorney General
Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271-0332
(212) 416-8822
James.Yoon@ag.ny.gov
*For Plaintiff State of New York*

SO ORDERED: July 21, 2014

_____
HONORABLE ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE

3