UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and<br><br>STATE OF NEW YORK,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>TWIN AMERICA, LLC, et al.<br><br>    *Defendants*. | Civil Action No.<br>12-cv-8989 (ALC) (GWG)<br><br>ECF Case |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

 I am admitted or otherwise authorized to practice in this Court and I appear in this case as counsel on behalf of Plaintiff United States of America.

Dated: July 24, 2014            By:   /s  
                       Andrew S. Garver
                       U.S. Department of Justice
                       Antitrust Division
                       Transportation, Energy &
                       Agriculture Section
                       450 Fifth Street, NW, Suite 8000
                       Washington, DC 20530
                       (202) 532-4711
                       Andrew.Garver@usdoj.gov

                       *For Plaintiff United States*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of this Notice of Appearance to be served via the Court's ECF System upon the following Parties:

Dated: July 24, 2014

    For Defendants Twin America, LLC, CitySights LLC, and City Sights Twin, LLC:

    Michael P. A. Cohen
    Paul Hastings LLP
    875 15th Street, NW
    Washington, DC 20005
    (202) 551-1880
    michaelcohen@paulhastings.com

    For Defendants Coach USA, Inc. and International Bus Services, Inc.:

    Thomas O. Barnett
    Covington & Burling LLP
    1201 Pennsylvania Avenue, NW
    Washington, DC 20004-2401
    (202) 662-5407
    tbarnett@cov.com

    /s/
    Andrew S. Garver