

**U.S. Department of Justice**

Antitrust Division

---

*Benjamin Sirota*
*Phone: (212) 335-8056*
*Fax: (212) 335-8021*
*Benjamin.Sirota@usdoj.gov*

*New York Office*
*26 Federal Plaza*
*Suite 3630*
*New York, NY  10278*

July 24, 2014

**BY EMAIL AND ECF**

Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

      Re:   *United States and State of New York v. Twin America, LLC, et al.*, No. 12-CV-8989 (ALC) (GWG)

Dear Judge Carter:

     In response to the Court's inquiry on Friday, July 18, 2014, the parties have conferred and agreed to a revised start date of February 23, 2015 for trial in the above-captioned matter.

                                Sincerely,

                                  _____/s/_____

                                Benjamin Sirota
                                Attorney for Plaintiff United States

cc:    Eric Stock (via e-mail), *Attorney for Plaintiff State of New York*
       Thomas O. Barnett (via e-mail), *Attorney for Defendants Coach USA, Inc. and International Bus Services, Inc.*
       Michael P.A. Cohen (via e-mail), *Attorney for Defendants Twin America, LLC, CitySights LLC and City Sights Twin, LLC*