UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA, et al.,

         Plaintiffs,

  -against-            1:12-cv-08989 (ALC) (GWG)

TWIN AMERICA, LLC, et al.,      ORDER

         Defendants.
-----------------------------------------------------------x

ANDREW L. CARTER, JR., United States District Judge:

  The Court directs the parties to submit letters, not exceeding four (4) pages, outlining their respective positions on each of the contested redactions specified in the Defendant's June 30, 2014 Motion for Leave to File Under Seal. (ECF No. 84). The letters should be submitted by e-mail to the Court (copying opposing counsel) on or before **August 1, 2014.**

SO ORDERED.

Dated: July 24, 2014

  New York, New York          ANDREW L. CARTER, JR.
                    United States District Judge