**CERTIFICATE OF SERVICE**

I hereby certify that, on July 18, 2014, I caused true and correct copies of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude Certain Expert Testimony of Dr. Russell Pittman; the Declaration of Sarah L. Wagner in Support of Plaintiffs' Opposition to Defendants' Motion to Exclude Certain Expert Testimony of Dr. Russell Pittman; Plaintiffs' Memorandum of Law in Opposition to Defendants' *Daubert* Motions to Exclude the Testimony of Sumanta Ray and Guy Ben-Ishai; and the Declarations of Matthew Siegel and Sumanta Ray in Support of Plaintiffs' Memorandum of Law in Opposition to Defendants' *Daubert* Motions to Exclude the Testimony of Sumanta Ray and Guy Ben-Ishai to be served via electronic mail on the following parties:

For Defendants Twin America, LLC, CitySights LLC, and City Sights Twin, LLC:

    Michael P. A. Cohen
    Paul Hastings LLP
    875 15th Street, NW
    Washington, DC 20005
    (202) 551-1880
    michaelcohen@paulhastings.com

For Defendants Coach USA, Inc. and International Bus Services, Inc.:

    Thomas O. Barnett
    Covington & Burling LLP
    1201 Pennsylvania Avenue, NW
    Washington, DC 20004-2401
    (202) 662-5407
    tbarnett@cov.com

                                                   s/ Sarah Wagner
                                                   Sarah Wagner

                                                   *For Plaintiffs United States and*
                                                   *State of New York*