**CERTIFICATE OF SERVICE**

I hereby certify that, on July 18, 2014, I caused true and correct copies of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment; Plaintiffs' Local Rule 56.1 Counter-Statement of Material Facts in Opposition to Defendants' Motion For Summary Judgment; and Declaration of Sarah Wagner in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment to be served via electronic mail (with the exhibits attached to the Declaration served by hand-delivery) on the following parties:

For Defendants Twin America, LLC, CitySights LLC, and City Sights Twin, LLC:

>Michael P. A. Cohen
>Paul Hastings LLP
>875 15th Street, NW
>Washington, DC 20005
>(202) 551-1880
>michaelcohen@paulhastings.com

For Defendants Coach USA, Inc. and International Bus Services, Inc.:

>Thomas O. Barnett
>Covington & Burling LLP
>1201 Pennsylvania Avenue, NW
>Washington, DC 20004-2401
>(202) 662-5407
>tbarnett@cov.com

>         s/ Sarah Wagner
>Sarah Wagner
>
>*For Plaintiffs United States and*
>*State of New York*