**MEMO ENDORSED**

# COVINGTON & BURLING LLP

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

1201 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004-2401
T 202.662.6000
WWW.COV.COM

July 29, 2014

**BY ECF & ELECTRONIC MAIL**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-29-14

Re: *United States of America et al. v. Twin America, LLC et al.*;
No. 12-cv-08989 (ALC) (GWG); Request for a Single Reply Brief

Dear Judge Carter:

This letter seeks permission, on behalf of the Defendants in the above-captioned matter, to combine two reply briefs that Defendants intend to file this week into a single reply brief. Specifically, Defendants seek to file a single reply brief, of not more than 16 pages, in support of Defendants' *Daubert* motions to exclude the testimony of Plaintiffs' two disgorgement experts (Dkt. Nos. 72 and 74). As the Court might recall, Plaintiffs requested, and Defendants consented to, the filing of a single, 40-page opposition brief (dated July 18, 2014). Defendants' single 16-page reply brief would be shorter than two briefs, which, standing alone, would be permitted under the Court's rules to be 10 pages each. Defendants have conferred with Plaintiffs, who have consented to this proposal.

Sincerely,

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
7-29-14

s/ Thomas O. Barnett
Thomas O. Barnett

*Counsel for Defendants Coach USA, Inc. and International Bus Services, Inc.*

cc: Counsel for All Parties (BY ECF & ELECTRONIC MAIL)