UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>STATE OF NEW YORK,<br><br>        *Plaintiffs,*<br><br>    v.<br><br>TWIN AMERICA, LLC, *et al.*,<br><br>        *Defendants.* | Civil Action No.<br>12-cv-8989 (ALC) (GWG) |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 1, 2014, I caused a true and correct copy of Defendants' Reply Memorandum in Support of Defendants' *Daubert* Motion to Exclude the Testimony of Russell Pittman , Defendants' Reply Memorandum in Support of Defendants' *Daubert* Motion to Exclude the Testimony of Guy Ben-Ishai and Sumantra Ray, Defendants' Response to Plaintiffs' Local Rule 56.1 Statement of Material Facts, Defendants' Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment, and Reply Declaration of Amanda Fretto to be served on all parties in this case via electronic mail to the following counsel of record in this case:

    For Plaintiff United States:
    David Altschuler
    david.altschuler @usdoj.gov

    For Plaintiff State of New York:
    James Yoon
    james.yoon@ag.ny.gov

    For Defendants Twin America, LLC, CitySights LLC and City Sights Twin, LLC:
    Michael P. A. Cohen

michaelcohen@paulhastings.com

/s/ Thomas O. Barnett
Thomas O. Barnett

*Attorney for Defendants Coach USA, Inc. and International Bus Services, Inc.*