**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/14
```

UNITED STATES OF AMERICA

and

STATE OF NEW YORK,

        *Plaintiffs,*

v.

TWIN AMERICA, LLC, *et al.*,

        *Defendants.*

Civil Action No.
12-cv-8989 (ALC) (GWG)

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO REOPEN LIMITED DISCOVERY

Defendants' Unopposed Motion to Reopen Limited Discovery is hereby GRANTED, as follows:

~~The Parties hereby propose and agree to the following schedule to govern the reopening of discovery in the above-captioned action:~~

1. Defendants will produce information responsive to the Government's voluntary requests regarding the observer market survey (as specified in the Government's letter to Defendants dated August 7, 2014), subject to ordinary course objections, by October 24.

2. Defendants will produce updated transactional data for Twin America to the Government by October 24, 2014. To the extent the data produced by GO, Skyline, Big Bus, and RATP includes transactions past October 24, 2014,

Defendants will provide the Government with a supplemental production for Twin America for the same period as that of the other providers.

3. Fact discovery reopened for this limited purpose shall close on November 14, 2014. Within three business days of the Court's ruling on this motion to reopen discovery, Defendants will serve GO, Skyline, Big Bus, and RATP with subpoenas to produce the discovery requested. Defendants will work in good faith to obtain the requested discovery by November 14. Defendants may raise with the Court any disputes regarding compliance with the discovery requests after that date, but the Government plaintiffs shall have the right to object to any such motions as untimely.

4. Defendants will provide the Government with any supplemental expert report (not to exceed five pages) based on the additional discovery no later than December 1, 2014.

5. The Government will provide to Defendants any supplemental expert report (not to exceed five pages) based on the additional discovery no later than December 15, 2014.

6. As of December 1, 2014, if the witnesses related to Defendants' observer market survey have not by that date been removed from Defendants' Preliminary Trial Witness List, the Government will begin its depositions of any or all of these witnesses it opts to depose, pursuant to 7(i) of the parties' Joint Initial Report.

SO ORDERED: September 19, 2014

_____
JUDGE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

7. This Order, or any actions taken pursuant to it, shall not have any effect on the trial date of this action.