UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STATE OF NEW YORK, | ) | |
| | ) | |
| _Plaintiffs_, | ) | |
| | ) | Civil Action No. |
| v. | ) | 12-cv-8989 (ALC) (GWG) |
| | ) | |
| TWIN AMERICA, LLC, et al. | ) | ECF CASE |
| | ) | |
| _Defendants._ | ) | |
| | ) | |

## JOINT STATUS REPORT REGARDING REOPENED LIMITED DISCOVERY

Pursuant to the parties' commitment to advise the Court of the parties' progress in

completing this limited discovery by September 26, 2014, Plaintiffs United States of America

and State of New York (collectively, "Plaintiffs") and Defendants Coach USA, Inc. and

International Bus Services, Inc. (collectively, the "Coach Defendants") submit this joint status

report.

1.      On April 28, 2014, the Court received an anonymous email (the "Anonymous

Email") sent to Judge Carter's email address.  As the Parties previously informed the Court,

Plaintiffs subsequently received materials from a non-party that, taken together with the

allegations in the Anonymous Email, raised questions about whether there is relevant

information that was not previously disclosed or produced during discovery by the Coach

Defendants and whether document preservation obligations were met by the Coach Defendants.

2.      In light of these developments, Plaintiffs and the Coach Defendants jointly moved

the Court on May 29, 2014 to reopen discovery for the limited purpose of investigating these

issues (*see* Joint Motion to Reopen Limited Discovery, Docket No. 56).  On May 30, 2014, the

Court granted Plaintiffs' and the Coach Defendants' Joint Motion to Reopen Limited Discovery

for the purpose of investigating the allegations in the Anonymous Email, including whether

relevant information has been produced and preserved by the Coach Defendants (*see* Order

granting Joint Motion for Limited Discovery, Docket No. 57).  On June 30, 2014, Plaintiffs and

the Coach Defendants updated the Court on the status of this additional, limited discovery and

committed to providing a further status report by September 26, 2014 (*see* Joint Status Report

Regarding Reopened Limited Discovery, Docket No. 83).

3.      Discovery relating to these issues continues to progress on multiple tracks.

Plaintiffs and Coach Defendants have served discovery requests and responses on one another.

4.      With respect to the 87 Coach backup tapes obtained from a non-party, Plaintiffs

and the Coach Defendants have worked together to arrive at a mutually acceptable process for

indexing the tapes and identifying any relevant, responsive documents that were not previously

produced to Plaintiffs.  The Coach Defendants have conducted electronic word searches

requested by the Plaintiffs on selected electronic files from these tapes and have been reviewing

for responsiveness the documents identified by those searches. The Coach Defendants produced

the first installment of documents from these backup tapes on September 12, 2014, and expect to

complete their productions by October 3, 2014, with the exception of working through potential

privilege issues on a small number of documents.

5.      In addition, the Coach Defendants have conducted further searches and identified

an additional six backup tapes which have been indexed.  Responsive documents from these

tapes are being produced in conjunction with production from the 87 backup tapes obtained from

a non-party.  The Coach Defendants have also identified and produced additional responsive

documents that were not previously produced to Plaintiffs relating to Coach's backup policies and procedures.

6.      The Coach Defendants are continuing to work on responses to discovery requests by Plaintiffs.  For example, in addition to completing the document production discussed above, the Coach Defendants have committed to provide Plaintiffs with a description of Coach's efforts to identify and collect documents in response to the compulsory process issued by Plaintiffs, as called for in Plaintiffs' interrogatories.  Similarly, the Coach Defendants have yet to produce a privilege log or complete their determination of certain privilege issues.  The parties are working together in an effort to resolve these outstanding issues.

7.      Plaintiffs have noticed the depositions of four current Information Technology employees, each of whom has retained individual counsel.  Plaintiffs are working with counsel for each of these employees to schedule the depositions.

8.      Coach Defendants served deposition subpoenas on two former Information Technology employees of Coach USA.  The dates for these depositions have not yet been determined.

9.      The parties propose to advise the Court of the parties' progress in completing this limited discovery by December 15, 2014.

Dated:  September 26, 2014          Respectfully submitted,


               /s

J. Richard Doidge
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 514-8944
dick.doidge@usdoj.gov

*For Plaintiff United States*


        /s
_____

Eric J. Stock
Office of the Attorney General
Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271-0332
(212) 416-8282
Eric.Stock@ag.ny.gov
*For Plaintiff State of New York*


        /s
_____

Thomas O. Barnett
Covington & Burling LLP
1201 Pennsylvania Ave NW
Washington, DC 20004
(202) 662-6000
tbarnett@cov.com
*For the Coach Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Joint Status Report Regarding

Reopened Limited Discovery to be served via the Court's ECF System upon the following

Parties:

For Defendants Twin America, LLC, CitySights LLC, and City Sights Twin, LLC:


Michael P. A. Cohen
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1880
michaelcohen@paulhastings.com



Dated: September 26, 2014


                                        /s
                                        J. Richard Doidge
                                        U.S. Department of Justice
                                        Antitrust Division
                                        450 Fifth Street, NW, Suite 8000
                                        Washington, DC 20530
                                        (202) 514-8944
                                        dick.doidge@usdoj.gov
                                        *For Plaintiff United States*