# COVINGTON & BURLING LLP

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

1201 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004-2401
T 202.662.6000
WWW.COV.COM

October 20, 2014

**BY ECF & ELECTRONIC MAIL**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

    Re:    *United States of America et al. v. Twin America, LLC et al.*; No. 12-cv-08989 (ALC) (GWG)

            *In re NYC Bus Tour Antitrust Litigation*; Master Case File No. 13-CV-0711 (ALC) (GWG)

Dear Judge Carter:

    This firm is counsel to defendants Coach USA, Inc. and International Bus Services, Inc. in the above-referenced matters.

    Shailee Sharma, one of your former law clerks, has joined Covington & Burling LLP ("Covington") today as an associate in the firm's New York office. I am writing pursuant to Rule 1.12 of the New York Rules of Professional Conduct, which (a) bars a former law clerk from representing a client in connection with a matter in which he or she participated personally and substantially while clerking, and (b) describes notification and screening requirements that must be put in place to ensure that the former law clerk does not share information regarding the matter with others at the firm. This letter describes Covington's compliance with the requirements of Rule 1.12.

    Ms. Sharma will not participate in the Covington representations listed above. Lawyers and non-lawyer personnel within Covington have been notified that they may not seek her assistance in Covington's activity with respect to these matters, discuss these matters with her or in her presence, pose hypothetical questions to her based on the facts of these matters, or otherwise seek to utilize her knowledge, experience, or assistance in these matters or in any other matter related thereto. Ms. Sharma is not permitted to share information about these matters with others at Covington (other than as has been necessary to identify the matters appropriate for screening), and will be apportioned no part of the fee therefrom.

COVINGTON & BURLING LLP

Page 2

If the Court requires any additional information concerning this matter, please let me know, and we will be happy to provide it.

                              Respectfully,

                              s/ Thomas O. Barnett
                                Thomas O. Barnett

                              *Counsel for Defendants Coach USA,*
                              *Inc. and International Bus Services,*
                              *Inc.*

cc: Counsel for All Parties (BY ECF & ELECTRONIC MAIL)