UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA et al.,

                             Plaintiffs,

    -v.-

TWIN AMERICA, LLC et al.,

                             Defendants.
-----------------------------------------------------------x

ORDER

12 Civ. 8989 (ALC) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      A conference to discuss the discovery dispute raised in the letter dated October 21, 2014, will take place on <u>Tuesday, October 28, 2014, at 9:45 a.m.</u> in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York. A responsive letter should be submitted in accordance with paragraph 2.A of this Court's Individual Practices. It is the Court's intention to decide the dispute based on the parties' letters unless a party shows good cause in advance of the conference why formal briefing should be required.

      This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin promptly.

      Each attorney is directed to ensure that all other attorneys are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated: October 22, 2014
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge