**COVINGTON**

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Thomas O. Barnett

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +202 662 5407
tbarnett@cov.com

**BY ECF**                                                              February 13, 2015

Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      **Re:  United States et al. v. Twin America, LLC et al., No. 12-cv-08989 (ALC) (GWG)**

Dear Judge Gorenstein:

      We write on behalf of Defendants Coach USA, Inc. and International Bus Services, Inc. (collectively, the "Coach Defendants") regarding the Court's order reopening limited discovery. (ECF No. 57.)  On December 12, 2014, Plaintiffs United States of America and State of New York (collectively, "Plaintiffs") and the Coach Defendants proposed to provide the Court a further report on the status of this limited discovery by February 15, 2015.

      Consistent with the parties' joint motion to further adjourn the Pretrial Scheduling Order by 30 days while the parties work to finalize a settlement (ECF No. 123), we propose to provide a further report on the status of this additional discovery on or before March 17, 2015.  We are authorized by the Plaintiffs to state that they concur in this proposed approach.

                                          Sincerely,

                                          s/ Thomas O. Barnett

cc:      Counsel for All Parties (By ECF)