UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> and ) <br> ) <br> STATE OF NEW YORK, ) <br> ) <br>                 *Plaintiffs*, ) <br>    v. ) <br> ) <br> ) <br> TWIN AMERICA, LLC, et al. ) <br> ) <br>                 *Defendants*. ) <br> ) | 2-13-15 <br><br> Civil Action No. <br> 12-cv-8989 (ALC) (GWG) <br><br> ECF Case |

## [PROPOSED] AMENDED PRETRIAL SCHEDULING ORDER

Pursuant to Rules 16(b) and 26 of the Federal Rules of Civil Procedure, Section IV of the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (Dkt. No. 2), the Individual Practices of Judge Andrew L. Carter, Jr., and the Order Granting Motion to Adjourn Pretrial Deadlines in Order to Finalize Settlement (Dkt. No. 115), dated December 11, 2014, the Parties hereby propose and agree to the following amended schedule to govern pre-trial matters in the above-captioned action:

| **Supplement Expert Reports** | |
|---|---|
| March 3, 2015 | Defendants serve supplemental expert report based on additional fact discovery |
| March 17, 2015 | Plaintiffs serve supplemental expert report based on additional fact discovery |
| **Settlement Discussion** | |
| April 13, 2015 | Parties to discuss settlement pursuant to Carter Individual Practices 5.A |

1

| **Pre-Trial Filings** | |
|---|---|
| April 13, 2015 | Parties serve:<br>• Witness lists<br>• Exhibit lists<br>• Proposed stipulations or agreed statements of fact or law<br>• Initial deposition designations |
| Week of April 20, 2015 | Parties meet and confer regarding:<br>• Any objections to exhibits<br>• Proposed stipulations or agreed statements of fact or law<br>• Schedule for exchange of demonstratives |
| April 23, 2015 | Parties serve deposition counter-designations and objections to initial deposition designations |
| April 27, 2015 | Parties file Joint Pretrial Order pursuant to Carter Individual Practices 5.A (with 5.A.ix to be filed at a later date, as specified below) and the Pilot Project IV.C, including:<br>• Summary of claims and defenses that remain to be tried<br>• List and description of trial witnesses<br>• List of exhibits for case in chief and objections<br>• Any stipulations or agreed statements of fact or law<br>• Schedule for exchange of demonstratives<br>• Statement of damages claimed, itemizing each component or element of damages sought with respect to each claim, including the manner and method used to calculate the claimed damages |
| April 27, 2015 | Parties serve trial affidavits of non-adverse party witnesses |
| April 29, 2015 | Parties serve any objections to deposition counter-designations |
| May 4, 2015 | Parties file and serve:<br>• Pretrial memorandum<br>• Motions *in limine*<br>• Proposed Findings of Fact<br>• Proposed Conclusions of Law |
| May 11, 2015 | Parties file and serve oppositions to motions *in limine* |
| May 11, 2015 | Parties file and serve oppositions to legal arguments in |

|  | pretrial memoranda |
|---|---|
| May 18, 2015 | Parties file:<br>• Trial affidavits of non-adverse party witnesses<br>• Deposition excerpts and synopses<br>• Exhibits |
| May 18, 2015<br>(or end of week of May 11, as the court is available) | Final Pretrial Conference |
| May 26, 2015 | Trial-Ready Date |

**AGREED TO:**
Dated: February 9, 2015

/s
Sarah Wagner
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 305-8915
Sarah.Wagner@usdoj.gov
*For Plaintiff United States*

/s
James Yoon
Office of the Attorney General
Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271-0332
(212) 416-8822
James.Yoon@ag.ny.gov
*For Plaintiff State of New York*

/s
_____
Thomas O. Barnett
Covington & Burling LLP
850 10th Street NW
Washington, DC 20001
(202) 662-5407
tbarnett@cov.com
*For Defendants Coach USA, Inc. and*
*International Bus Services, Inc.*


/s
_____
Michael P. A. Cohen
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1880
michaelcohen@paulhastings.com
*For Defendants Twin America, LLC,*
*CitySights LLC and City Sights Twin, LLC*

SO ORDERED: February 13, 2015

*/s/ Andrew L. Carter, Jr.*
JUDGE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

This terminates Parties' joint Motion to Further Adjourn Pretrial Deadlines (ECF No. 123).
So Ordered.

*/s/ Andrew L. Carter, Jr.*
2-13-15

4